CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
JUN 21 2017
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID ALLEN DEAN, | CASE NO. 7:16CV00555 |
| Petitioner, | |
| v. | FINAL ORDER |
| BARNARD BOOKER, WARDEN, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that respondent's motion to dismiss (ECF No. 12) is **GRANTED**; the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED**; and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 20th day of June, 2017.

/s/ Glen E. Conrad
Chief United States District Judge